

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-20-00326-CV

---

DALLAS INDEPENDENT SCHOOL DISTRICT AND MIKE MORATH, THE TEXAS COMMISSIONER OF EDUCATION, APPELLANTS

V.

ERIK TOSTEN, APPELLEE

---

On Appeal from the 419th District Court
Travis County, Texas
Trial Court No. D-1-GN-19-004374, Honorable Catherine A. Mauzy, Presiding

---

No. 07-20-00327-CV

---

DALLAS INDEPENDENT SCHOOL DISTRICT; AND MIKE MORATH, TEXAS COMMISSIONER OF EDUCATION OF THE STATE OF TEXAS, APPELLANTS

V.

VERONICA ARISPE, LENNITTA GILBERT, MARY KENNEDY, ROSA M. RIVERA, LISA THEISS, AND RU-MIN WANG, APPELLEES

---

On Appeal from the 200th District Court
Travis County, Texas
Trial Court No. D-1-GN-19-004370, Honorable Catherine A. Mauzy, Presiding

---

March 31, 2021

## ORDER GRANTING STAY

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Pending before this Court is Appellant's Unopposed Motion for Reconsideration of the Motion to Stay Appeals, which requests that we abate and stay these appeals pending the Texas Supreme Court's review of *Davis v. Morath*, a related case. Upon further consideration and in the interest of conservation of judicial resources, we grant the motion and abate the appeals until August 2, 2021. All appellate deadlines, including the pending deadline for appellants' briefs, are suspended. The cases will be removed from our active docket and treated as suspended cases until August 2, 2021, when the cases will be reinstated. *See* TEX. R. APP. P. 2, 43.6; *Mesa Water, L.P. v. Tex. Water Dev. Bd.*, No. 07-11-00153-CV, 2011 Tex. App. LEXIS 5311, at *2-3 (Tex. App.—Amarillo July 13, 2011, order) (per curiam).

If any development arises that might cause the Court to reinstate the cases prior to the August 2, 2021 reinstatement date, the parties are directed to immediately advise the Court of the development. Upon reinstatement of the cases, the Court will entertain a motion to further abate the appeals should the need be present to do so.

IT IS SO ORDERED.

Per Curiam